UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | |
| MANZOOR MEMON, | Case No. 13-32851 |
|  | Chapter 7 |
| Debtor. | |
| HAROON SHAIKH, | |
| Plaintiff, | |
| vs. | Adversary No. 13-03150 |
| MANZOOR A. MEMON, | |
| Defendant. | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COME Haroon Shaikh (the "Plaintiff") and Manzoor Memon ("Defendant") (collectively, the "Parties") to file their Agreed Stipulation of Dismissal with Prejudice, and would respectfully show unto the Court as follows:

**Stipulation of Dismissal**

1. Dismissal. The Parties agree that this lawsuit, including all claims filed by the Plaintiff against Defendant, should be dismissed with prejudice and all judgments and orders are to be vacated. All parties who have appeared in this lawsuit have signed this Agreed Stipulation of Dismissal. See FED. R. BANKR. P. 7041 & FED. R. CIV. P. 41(a)(1)(A)(ii). This Stipulation of Dismissal is effective without further order from the Court. FED. R. CIV. P. 41(a)(1).

2. Dismissal with Prejudice. The Parties agree that dismissal is with prejudice to re-

filing.

      3.    <u>Not a Class Action</u>.  This case is not a class action.

      4.    <u>No Receiver</u>.  No receiver has been appointed in this action.

Date:  October  _15_ , 2014             Respectfully submitted,

                                             */S/H.Miles Cohn [Permission PJ]*
                                             H. Miles Cohn
                                             State Bar No. 04509600
                                             CRAIN, CATON & JAMES, P.C.
                                             1401 McKinney St., 17th Floor
                                             Houston, TX 77010-4035
                                             Telephone:  (713) 752-8668
                                             Telecopier:  (713) 425-7968
                                             Email:  mcohn@craincaton.com
                                             *Attorneys for*
                                             HAROON SHAIKH


                                             */S/Peter Johnson*
                                             Peter Johnson
                                             State Bar No. 10778400
                                             LAW OFFICE OF PETER JOHNSON
                                             Eleven Greenway Plaza, Suite 2820
                                             Houston, TX 77046
                                             Telephone:  (713) 961-1200
                                             Telecopier:  (713) 961-0941
                                             Email:  pjohnson@pjlaw.com
                                             *Attorney for*
                                             MANZOOR MEMON


## CERTIFICATE OF SERVICE

     I certify that on the  _15th_  day of October, 2014, a true and correct copy of the above and foregoing was served via the Court's ECF notification system.

                                             */S/Peter Johnson*
                                             Peter Johnson

I:\Client\MEMA0001 Amber Memon\Mediation_Settlement\Stipulation of Dismissal 13-03183.docx